UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAW ENFORCEMENT HEALTH BENEFITS INC., on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>  -against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>          Defendants. | Case No. 1:18-cv-05603 |

**CORPORATE DISCLOSURE STATEMENT OF**
**NOVARTIS PHARMACEUTICALS CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the attorneys of record for Defendant Novartis Pharmaceuticals Corporation ("NPC") state that NPC is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Dated: July 3, 2018

                        CRAVATH, SWAINE & MOORE LLP,

    by

                          */s/ Julie A. North*
                          Evan R. Chesler
                          Julie A. North

                Worldwide Plaza
                  825 Eighth Avenue
                    New York, NY 10019
                      (212) 474-1000
                        echesler@cravath.com
                        jnorth@cravath.com

        *Attorneys for Novartis Pharmaceuticals Corporation and Novartis Corporation*